UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RANDY HOLLOWAY,

        Plaintiff,                      Case No. 2:14-cv-83

v.                                          HON. ROBERT HOLMES BELL

DUNCAN MCLAREN, et al.,

        Defendants.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On August 7, 2015, Magistrate Judge Timothy P. Greeley issued a Report & Recommendation ("R&R") (ECF No. 27) recommending that Defendants' motion for summary judgment (ECF No. 20) be granted, dismissing this case and Defendants Duncan McLaren, Lawrence Hough, and Peter Hubbard without prejudice. The matter is before the Court on Plaintiff's objections to the R&R (ECF No. 28).

This Court makes a *de novo* determination of those portions of an R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). "[A] general objection to a magistrate's report, which fails to specify the issues of contention, does not satisfy the requirement that an objection be filed. The objections must be clear enough to enable the district court to discern those issues that are dispositive and contentious." *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995). The Court may accept, reject, or modify any or all of the Magistrate Judge's findings or recommendations. *Id.*

Plaintiff objects to the Magistrate Judge's determination that Plaintiff failed to exhaust his administrative remedies against Defendants when he failed to name Defendants at Step I of the grievance process as required by the Michigan Department of Corrections (MDOC) Policy Directive. Plaintiff, however, makes no argument that he did name Defendants at Step I of the grievance process. Rather, Plaintiff argues that he exhausted his administrative remedies against Defendants when he named Kathy Olsen in his Step I grievance. Because Plaintiff failed to name Defendants McLaren, Hough, and Hubbard in his Step I grievance, Defendants' motion for summary judgment is granted. *See Sullivan v. Kasajaru*, 316 F. App'x 469, 470 (6th Cir. 2009) (finding that the current MDOC policy directive "explicitly required [the prisoner] to name each person against whom he grieved" and affirming the district court's dismissal of a prisoner's claim for failure to properly exhaust his administrative remedies).

**IT IS HEREBY ORDERED** that the Magistrate Judge's August 7, 2015, R&R (ECF No. 27) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 20) is **GRANTED** and Defendants McLaren, Hough, and Hubbard are **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Court certifies that an appeal would not be taken in good faith.

A judgment will be entered that is consistent with this order.

Dated: August 28, 2015            /s/ Robert Holmes Bell
                                  ROBERT HOLMES BELL
                                  UNITED STATES DISTRICT JUDGE