UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RANDY HOLLOWAY,

       Plaintiff,

                             Case No: 2:14-CV-83

                             HON. ROBERT HOLMES BELL

KINROSS CORRECTIONAL FACILITY,
et al.,

       Defendants.

_____/

## ORDER

      On August 30, 2016, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that the Court grant summary judgment in favor of Defendants. (R&R, ECF No. 59.) The R&R notified the parties that any objections must be filed within 14 days of receipt of the R&R. More than 14 days have elapsed since the date of the R&R and no objections have been filed. The Court has reviewed the R&R and concludes that it makes a sound recommendation. Accordingly,

      **IT IS HEREBY ORDERED** that the August 30, 2016, R&R (ECF No. 59) is **APPROVED** and **ADOPTED** as the opinion of this Court.

      **IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 55) is **GRANTED**.

      A judgment consistent with this Order will enter.

Date:  September 26, 2016            /s/ Robert Holmes Bell
                                  ROBERT HOLMES BELL
                                  UNITED STATES DISTRICT JUDGE